IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| Transamerica Life Insurance Company, | ) |
| Plaintiff | ) |
| vs. | ) CASE NUMBER : CV621-60 |
| Sarah A. Sizemore; et al., | ) |
| Defendant | ) |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Transamerica Life Insurance Company__ has deposited with the Court the sum of $ __194,073.43__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __25th__ day of __January__, __2022__, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By :_____

Deputy Clerk

(Rev. 03/20)